**SHANGHAI ESWELL ENTERPRISE CO., LTD., Jinfu Trading Co., Ltd., and Zhejiang Native Produce & Animal by-Products Import & Export Group Corp., Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**The American Honey Producers Association of America and The Sioux Honey Association, Defendants–Appellees.**

No. 2009–1163.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2009.

Ned H. Marshak, Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP, of New York, New York, argued for plaintiffs-appellants. With him on the brief was Bruce M. Mitchell. Of counsel were Adam M. Dambrov, and Mark E. Pardo, of Washington, DC.

Stephen C. Tosini, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Reginald T. Blades, Jr., Assistant Director, and Jane C. Dempsey, Trial Attorney.

R. Alan Luberda, Kelley Drye & Warren LLP, of Washington, DC, argued for defendants-appellees The American Honey Producers Association of America, et al. With him on the brief were Michael J. Coursey, and John M. Herrmann.

LOURIE, RADER, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.